

Erik M. Bashian, Esq.
T: (516) 279-1554
F: (516) 213-0339
eb@bashpaplaw.com

*Admitted to Practice in New York and New Jersey

VIA CM/ECF

February 27, 2020

United States District Judge Vernon S. Broderick
United States District Court
Southern District of New York
40 Foley Square, Room 415
New York, New York 10007

**APPLICATION GRANTED
SO ORDERED**
**VERNON S. BRODERICK**
**U.S.D.J.** 2/28/2020

**Re:** *Deleston v. Shannon's Green Door, Inc. et al.*, Case No.: 1:19-cv-9555-VSB

Dear District Judge Broderick:

This office represents the Plaintiff Jermaine Deleston ("Plaintiff") in connection with the above-referenced action.  I write in connection with this Court's Order, dated January 29, 2019, which extended Plaintiff's time to move for a default judgment until February 28, 2020. (D.E. 19). Plaintiff is respectfully requesting an extension of time to file a default judgment against the non-appearing defendant Shannon's Green Door, Inc. for an additional thirty (30) days.  This request is necessary because Plaintiff and counsel for the defendant Cats West 57 Street, LLC have engaged in meaningful settlement discussions and wish to resolve this action without Plaintiff engaging in motion practice.  This is our second request for an extension of time and counsel for the defendant Cats West 57 Street, LLC consents to this request.

We thank the Court for your time and consideration in this matter.

Respectfully submitted,

BASHIAN & PAPANTONIOU, P.C.

*/s/ Erik M. Bashian*

_____
Erik M. Bashian, Esq.

cc:    Emily R. Pankow, Esq. *(via CM/ECF)*
       Edward Reilly, Esq. *(via email only)*
       Shannon's Green Door, Inc. *(via first class mail only)*