

Erik M. Bashian, Esq.
T: (516) 279-1554
F: (516) 213-0339
eb@bashpaplaw.com

*Admitted to Practice in New York and New Jersey

**APPLICATION GRANTED
SO ORDERED** /s/ Vernon Broderick
**VERNON S. BRODERICK
U.S.D.J.** 3/30/2020

VIA CM/ECF

March 27, 2020

United States District Judge Vernon S. Broderick
United States District Court
Southern District of New York
40 Foley Square, Room 415
New York, New York 10007

      **Re:**    *Deleston v. Shannon's Green Door, Inc. et al.*, **Case No.: 1:19-cv-9555-VSB**

Dear District Judge Broderick:

    This office represents the Plaintiff Jermaine Deleston ("Plaintiff") in connection with the above-referenced action. I write in connection with this Court's Order, dated February 28, 2020, which extended Plaintiff's time to move for a default judgment until March 27, 2020. (D.E. 21). We write to respectfully request an extension of time to file a default judgment as to defendant Shannon's Green Door, Inc. for thirty (30) days due to our office (as well as the subject business) being currently closed due to COVID-19. This is our third request for an extension of time, and our request will not prejudice any of the parties or affect any other scheduled dates since defendant Shannon's Green Door, Inc. has not yet appeared in this action and Plaintiff and counsel for defendant Cats West 57 Street, LLC have engaged in some settlement discussions.

    We thank the Court for your time and consideration in this matter.

                                               Respectfully submitted,

                                               BASHIAN & PAPANTONIOU, P.C.

                                               */s/ Erik M. Bashian*
                                               _____
                                               Erik M. Bashian, Esq.

cc:    Emily R. Pankow, Esq. *(via CM/ECF)*