

Erik M. Bashian, Esq.
T: (516) 279-1554
F: (516) 213-0339
eb@bashpaplaw.com

*Admitted to Practice in New York and New Jersey

VIA CM/ECF

May 11, 2020

United States District Judge Vernon S. Broderick
United States District Court
Southern District of New York
40 Foley Square, Room 415
New York, New York 10007

    **Re:**    *Deleston v. Shannon's Green Door, Inc. et al.*, **Case No.: 1:19-cv-9555-VSB**

Dear District Judge Broderick:

    This office represents the Plaintiff Jermaine Deleston ("Plaintiff") in connection with the above-referenced action. I write in connection with this Court's Order to Show Cause, dated April 30, 2020. (D.E. 27).

    On May 1, 2020, Plaintiff served a copy of the Court's Order to Show Cause and Supporting Papers (collectively the "Papers") upon the defendant Shannon's Green Door, Inc.'s registered agent designated for service in New York via overnight mail. (D.E. 29). The Papers were returned as undeliverable. Plaintiff is serving an additional copy of the Papers at the subject business address. Plaintiff also sent a copy of the Papers to counsel for the defendant Cats West 57 Street, LLC ("Cats West") via email and inquired into any additional addresses for the non-appearing defendant. Counsel for Cats West did not have any additional addresses for the subject restaurant and indicated the property manager emailed a copy of the Papers to the business owner.

    As a result, Plaintiff is respectfully requesting an adjournment of the Order to Show Cause hearing scheduled for May 21, 2020 to a date in mid-July.

    Upon the governor's anticipated lift of the stay at home order, Plaintiff would like additional time to make further effort in having defendant Shannon's Green Door, Inc. appear in this action.

**BASHIAN**
**PAPANTONIOU P.C.**

U.S. District Judge Vernon S. Broderick
May 11, 2020
Page Two

We thank the Court for your time and consideration in this matter.

Respectfully submitted,

BASHIAN & PAPANTONIOU, P.C.

/s/ *Erik M. Bashian*

_____
Erik M. Bashian, Esq.

**APPLICATION GRANTED**
**SO ORDERED**
**VERNON S. BRODERICK**
**U.S.D.J.** 5/12/2020

The Order to Show Cause hearing set for May 21, 2020 is adjourned to July 17, 2020 at 11:30 a.m.

cc:     Emily R. Pankow, Esq. *(via CM/ECF)*