```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/23/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------X
JERMAINE DELESTON,

        Plaintiff,

v.

SHANNON'S GREEN DOOR, INC.
d/b/a The Green Door, and
CATS WEST 57 STREET, LLC,

        Defendants.
------------------------------------------------X

CASE NO.: 1:19-cv-9555-VSB

**DEFAULT JUDGMENT AS TO SHANNON'S GREEN DOOR, INC. d/b/a The Green Door**

This action having been commenced on October 16, 2019, by the filing of a summons and complaint, and a copy of the Summons and Complaint having been served on Defendant SHANNON'S GREEN DOOR, INC. d/b/a The Green Door ("Shannon's Green Door"), on October 30, 2019, and proofs of service having been filed on November 1, 2019. Shannon's Green Door has not answered the complaint, the time for answering the complaint has expired, Shannon's Green Door has not requested additional time to answer, and has failed to respond to or appear in connection with the Order to Show Cause filed on April 30, 2020. It is hereby:

**ORDERED** that default judgment against Defendant SHANNON'S GREEN DOOR, INC. d/b/a The Green Door is GRANTED. Such judgment shall be as to liability only, and the Court will refrain from entering Plaintiff's proposed relief until resolution of this case as to Defendant Cats West 57 Street, LLC.

Dated: New York, New York
       July 23, 2020

SO ORDERED:

*Vernon Broderick*
Vernon S. Broderick
United States District Judge