

Erik M. Bashian, Esq.
T: (516) 279-1554
F: (516) 213-0339
eb@bashpaplaw.com

*Admitted to Practice in New York and New Jersey

VIA CM/ECF

August 14, 2020

United States District Judge Vernon S. Broderick
United States District Court
Southern District of New York
40 Foley Square, Room 415
New York, New York 10007

      **Re:** *Deleston v. Shannon's Green Door, Inc. et al.*, **Case No.: 1:19-cv-9555-VSB**

Dear District Judge Broderick:

      This office represents the Plaintiff Jermaine Deleston ("Plaintiff") in connection with the above-referenced action. I write in connection with Your Honor's request that the parties file a joint status report 30 days from the Order to Show Cause Hearing held on July 17, 2020. Plaintiff is continuing to engage in settlement discussions with counsel for the defendant Cats West 57 Street, LLC. Accordingly, the parties are jointly requesting an extension of time for thirty (30) days to file an updated joint letter on the status of settlement.

      We thank the Court for your time and consideration in this matter.

Respectfully submitted,

BASHIAN & PAPANTONIOU, P.C.

*/s/ Erik M. Bashian*
_____
Erik M. Bashian, Esq.

**APPLICATION GRANTED
SO ORDERED
VERNON S. BRODERICK
U.S.D.J.** 8/17/2020

The parties shall file a joint status update no later than September 17, 2020.

    cc:    Emily R. Pankow, Esq. *(via CM/ECF)*
              Edward F. Reilly, Esq. *(via CM/ECF)*